

**PennState Health**
P.O. Box 804 - CA522 | Hershey, PA 17033-9524 | 717-531-1265

Hajnos, Madison B.  EE# 63207

| Earnings | Rate | Hours | This Period | YTD | Taxes | This Period | YTD | Post-Tax Ded | This Period | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 39.67 | 69.600 | 2,761.03 | 11,358.60 | CONWGYRK | 31.80 | 154.97 | ACC HI | 17.76 | 88.80 |
| WEEKEND | 11.00 | 47.900 | 526.90 | 1,466.30 | FED | 340.57 | 1,619.09 | CI HIGH | 5.32 | 26.60 |
| PTO | 39.67 | 2.000 | 79.34 | 2,196.16 | LSTDERRY | 2.00 | 10.00 | HI LOW | 7.82 | 39.10 |
| LTDPrem* | | | 7.84 | 39.52 | MEDICARE | 43.71 | 213.02 | LTD 66.6 | 6.49 | 32.73 |
| GTL* | | | 2.66 | 13.46 | PA | 97.63 | 475.74 | NortLLPF | 8.07 | 40.35 |
| HOL WRKD | | | | 743.82 | PA UI | 2.36 | 11.54 | VOL STD | 4.11 | 20.55 |
| SHIFT 3 | | | | 576.80 | FICA EE | 186.89 | 910.83 | SEIU DUE | 39.73 | 208.00 |
| PAWS UP | | | | 45.31 | | | | 401 LOAN | 36.50 | 73.00 |
| SHIFT 2 | | | | 39.50 | **Total Taxes** | **704.96** | **3,395.19** | PAWS UP | | 30.00 |
| OVT | | | | 6.16 | | | | SOLPAF | | 10.00 |
| HRS ONLY | | | | 0.00 | Pre-Tax Ded | This Period | YTD | | | |
| | | | | | Dental | 17.05 | 85.25 | | | |
| | | | | | SAVPLAN | 168.36 | 819.36 | | | |
| | | | | | BS Premr | 175.67 | 878.35 | | | |
| | | | | | VISION | 2.38 | 11.90 | | | |
| **Total** | | **119.50** | **3,377.77** | **16,485.63** | | | | **Total Post-Tax** | **125.80** | **569.13** |

Pay Period Range: 02/09/2025 - 02/22/2025
Pay Date: 02/28/2025
Advice #: 18758706

| | Total Pre-Tax | 363.46 | 1,794.86 | Net Pay | 2,173.05 | 10,673.47 |

*Non-cash earnings not included in net pay.



**PennState Health**

Direct Deposit Advice Number: 18758706

Pay Date 2/28/2025

DIRECT DEPOSIT ADVICE

P.O. Box 804 - CA522
Hershey, PA 17033-9524

NON-NEGOTIABLE

PAY   VOID VOID VOID VOID VOID VOID VOID VOID

| Deposited to the account of | account number | amount |
|---|---|---|
| Madison B Hajnos<br>55 Eli Drive<br>York, PA 17404 | XXXXXXXX00 | $*******2,173.05 |

NON-NEGOTIABLE

**PennState Health**

ATTN: Payroll Dept
P.O. Box 804 - CA522
Hershey, PA 17033-9524

MADISON B HAJNOS
55 ELI DRIVE
YORK, PA 17404

# PennState Health
P.O. Box 804 - CA522 | Hershey, PA 17033-9524 | 717-531-1265

Hajnos, Madison B.    EE# 63207

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| REGULAR | 38.88 | 76.500 | 2,974.32 | 8,597.57 |
| WEEKEND | 11.00 | 48.600 | 534.60 | 939.40 |
| LTDPrem* | | | 7.84 | 31.68 |
| OVT* | 38.88 | 0.100 | 3.89 | 6.16 |
| GTL* | | | 2.66 | 10.80 |
| OVT | 22.75 | 0.100 | 2.27 | 0.00 |
| PTO | | | | 2,116.82 |
| HOL WRKD | | | | 743.82 |
| SHIFT 3 | | | | 576.80 |
| PAWS UP | | | | 45.31 |
| SHIFT 2 | | | | 39.50 |
| HRS ONLY | | | | 0.00 |
| Total | | 125.30 | 3,525.58 | 13,107.86 |

Pay Period Range: 01/26/2025 - 02/08/2025
Pay Date: 02/14/2025
Advice #: 18739415

*Non-cash earnings not included in net pay.

| Taxes | This Period | YTD |
|---|---|---|
| CONWGYRK | 33.28 | 123.17 |
| FED | 371.46 | 1,278.52 |
| LSTDERRY | 2.00 | 8.00 |
| MEDICARE | 45.74 | 169.31 |
| PA | 102.16 | 378.11 |
| PA UI | 2.47 | 9.18 |
| FICA EE | 195.59 | 723.94 |
| Total Taxes | 752.70 | 2,690.23 |

| Pre-Tax Ded | This Period | YTD |
|---|---|---|
| Dental | 17.05 | 68.20 |
| SAVPLAN | 175.75 | 651.00 |
| BS Premr | 175.67 | 702.68 |
| VISION | 2.38 | 9.52 |
| Total Pre-Tax | 370.85 | 1,431.40 |

| Post-Tax Ded | This Period | YTD |
|---|---|---|
| ACC HI | 17.76 | 71.04 |
| CI HIGH | 5.32 | 21.28 |
| HI LOW | 7.82 | 31.28 |
| LTD 66.6 | 6.49 | 26.24 |
| NortLLPF | 8.07 | 32.28 |
| VOL STD | 4.11 | 16.44 |
| SEIU DUE | 64.27 | 168.27 |
| SOLPAF | 5.00 | 10.00 |
| 401 LOAN | 36.50 | 36.50 |
| PAWS UP | | 30.00 |
| Total Post-Tax | 155.34 | 443.33 |
| Net Pay | 2,236.19 | 8,500.42 |

# PennState Health

Direct Deposit Advice Number: 18739415

Pay Date 2/14/2025

DIRECT DEPOSIT ADVICE

NON-NEGOTIABLE

P.O. Box 804 - CA522
Hershey, PA  17033-9524

PAY    VOID VOID VOID VOID VOID VOID VOID VOID

| Deposited to the account of | account number | amount |
|---|---|---|
| Madison B Hajnos<br>55 Eli Drive<br>York, PA  17404 | XXXXXXXX00 | $*******2,236.19 |

NON-NEGOTIABLE

# PennState Health

ATTN: Payroll Dept
P.O. Box 804 - CA522
Hershey, PA  17033-9524

MADISON B HAJNOS
55 ELI DRIVE
YORK, PA  17404

# PennState Health

P.O. Box 804 - CA522 | Hershey, PA 17033-9524 | 717-531-1265

Hajnos, Madison B.   EE# 63207

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| REGULAR | 38.88 | 57.700 | 2,243.37 | 5,623.25 |
| WEEKEND | 11.00 | 36.800 | 404.80 | 404.80 |
| PTO | 38.88 | 7.000 | 272.16 | 2,116.82 |
| SHIFT 2 | 2.50 | 15.800 | 39.50 | 39.50 |
| LTDPrem* | | | 7.84 | 23.84 |
| GTL* | | | 2.66 | 8.14 |
| HRS ONLY | 0.00 | 12.000 | | 0.00 |
| HOL WRKD | | | | 743.82 |
| SHIFT 3 | | | | 576.80 |
| PAWS UP | | | | 45.31 |
| **Total** | | **129.30** | **2,970.33** | **9,582.28** |

Pay Period Range: 01/12/2025 - 01/25/2025
Pay Date: 01/31/2025
Advice #: 18720164

*Non-cash earnings not included in net pay.

| Taxes | This Period | YTD |
|---|---|---|
| CONWGYRK | 27.73 | 89.89 |
| FED | 255.42 | 907.06 |
| LSTDERRY | 2.00 | 6.00 |
| MEDICARE | 38.10 | 123.57 |
| PA | 85.12 | 275.95 |
| PA UI | 2.08 | 6.71 |
| FICA EE | 162.89 | 528.35 |
| **Total Taxes** | **573.34** | **1,937.53** |

| Pre-Tax Ded | This Period | YTD |
|---|---|---|
| Dental | 17.05 | 51.15 |
| SAVPLAN | 147.99 | 475.25 |
| BS Premr | 175.67 | 527.01 |
| VISION | 2.38 | 7.14 |
| **Total Pre-Tax** | **343.09** | **1,060.55** |

| Post-Tax Ded | This Period | YTD |
|---|---|---|
| ACC HI | 17.76 | 53.28 |
| CI HIGH | 5.32 | 15.96 |
| HI LOW | 7.82 | 23.46 |
| LTD 66.6 | 6.49 | 19.75 |
| NortLLPF | 8.07 | 24.21 |
| VOL STD | 4.11 | 12.33 |
| PAWS UP | | 30.00 |
| SEIU DUE | | 104.00 |
| SOLPAF | | 5.00 |
| **Total Post-Tax** | **49.57** | **287.99** |
| **Net Pay** | **1,993.83** | **6,264.23** |



# PennState Health

P.O. Box 804 - CA522
Hershey, PA 17033-9524

**Direct Deposit Advice Number:** 18720164

**Pay Date** 1/31/2025

**DIRECT DEPOSIT ADVICE**

**NON-NEGOTIABLE**

PAY   VOID VOID VOID VOID VOID VOID VOID VOID

| Deposited to the account of | account number | amount |
|---|---|---|
| Madison B Hajnos<br>55 Eli Drive<br>York, PA 17404 | XXXXXXXX00 | $*******1,993.83 |

**NON-NEGOTIABLE**



# PennState Health

ATTN: Payroll Dept
P.O. Box 804 - CA522
Hershey, PA 17033-9524

MADISON B HAJNOS
55 ELI DRIVE
YORK, PA 17404

## PennState Health

P.O. Box 804 - CA522 | Hershey, PA 17033-9524 | 717-531-1265

Hajnos, Madison B.   EE# 63207

| Earnings | Rate | Hours | This Period | YTD | Taxes | This Period | YTD | Post-Tax Ded | This Period | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| PAWS UP | | | 45.31 | 45.31 | CONWGYRK | 0.45 | 62.16 | PAWS UP | 30.00 | 30.00 |
| REGULAR | | | | 3,379.88 | FED | 9.97 | 651.64 | ACC HI | | 35.52 |
| PTO | | | | 1,844.66 | MEDICARE | 0.66 | 85.47 | CI HIGH | | 10.64 |
| HOL WRKD | | | | 743.82 | PA | 1.39 | 190.83 | HI LOW | | 15.64 |
| SHIFT 3 | | | | 576.80 | PA UI | 0.03 | 4.63 | LTD 66.6 | | 13.26 |
| LTDPrem* | | | | 16.00 | FICA EE | 2.81 | 365.46 | NortLLPF | | 16.14 |
| GTL* | | | | 5.48 | LSTDERRY | | 4.00 | VOL STD | | 8.22 |
| HRS ONLY | | | | 0.00 | | | | SEIU DUE | | 104.00 |
| | | | | | **Total Taxes** | **15.31** | **1,364.19** | SOLPAF | | 5.00 |

| Pre-Tax Ded | This Period | YTD |
|---|---|---|
| Dental | | 34.10 |
| SAVPLAN | | 327.26 |
| BS Premr | | 351.34 |
| VISION | | 4.76 |

| Total | 0.00 | 45.31 | 6,611.95 |

| Total Post-Tax | 30.00 | 238.42 |

Pay Period Range: 01/12/2025 - 01/25/2025
Pay Date: 01/24/2025
Advice #: 18710055

| Total Pre-Tax | 0.00 | 717.46 | Net Pay | 0.00 | 4,270.40 |

*Non-cash earnings not included in net pay.

---



## PennState Health

Direct Deposit Advice Number: 18710055

Pay Date   1/24/2025

DIRECT DEPOSIT ADVICE

NON-NEGOTIABLE

P.O. Box 804 - CA522
Hershey, PA 17033-9524

PAY    VOID VOID VOID VOID VOID VOID VOID VOID

Deposited to the account of        account number        amount
55 Eli Drive
York, PA 17404

NON-NEGOTIABLE

---



## PennState Health

ATTN: Payroll Dept
P.O. Box 804 - CA522
Hershey, PA 17033-9524

MADISON B HAJNOS
55 ELI DRIVE
YORK, PA 17404

# PennState Health

P.O. Box 804 - CA522 | Hershey, PA 17033-9524 | 717-531-1265

Hajnos, Madison B.  EE# 63207

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| PTO | 39.67 | 36.000 | 1,428.12 | 1,844.66 |
| REGULAR | 39.67 | 24.200 | 960.01 | 3,379.88 |
| HOL WRKD | 39.67 | 12.500 | 495.88 | 743.82 |
| SHIFT 3 | 4.00 | 72.700 | 290.80 | 576.80 |
| HOL WRKD | 19.83 | 12.500 | 247.94 | 0.00 |
| LTDPrem* | | | 8.00 | 16.00 |
| GTL* | | | 2.74 | 5.48 |
| HRS ONLY | | | | 0.00 |
| **Total** | | **157.90** | **3,433.49** | **6,566.64** |

Pay Period Range: 12/29/2024 - 01/11/2025
Pay Date: 01/17/2025
Advice #: 18694038

*Non-cash earnings not included in net pay.

| Taxes | This Period | YTD |
|---|---|---|
| CONWGYRK | 32.36 | 61.71 |
| FED | 352.22 | 641.67 |
| LSTDERRY | 2.00 | 4.00 |
| MEDICARE | 44.47 | 84.81 |
| PA | 99.33 | 189.44 |
| PA UI | 2.41 | 4.60 |
| FICA EE | 190.17 | 362.65 |
| **Total Taxes** | **722.96** | **1,348.88** |

| Pre-Tax Ded | This Period | YTD |
|---|---|---|
| Dental | 17.05 | 34.10 |
| SAVPLAN | 171.14 | 327.26 |
| BS Premr | 175.67 | 351.34 |
| VISION | 2.38 | 4.76 |
| **Total Pre-Tax** | **366.24** | **717.46** |

| Post-Tax Ded | This Period | YTD |
|---|---|---|
| ACC HI | 17.76 | 35.52 |
| CI HIGH | 5.32 | 10.64 |
| HI LOW | 7.82 | 15.64 |
| LTD 66.6 | 6.63 | 13.26 |
| NortLLPF | 8.07 | 16.14 |
| VOL STD | 4.11 | 8.22 |
| SEIU DUE | 46.80 | 104.00 |
| SOLPAF | | 5.00 |
| **Total Post-Tax** | **96.51** | **208.42** |
| **Net Pay** | **2,237.04** | **4,270.40** |



P.O. Box 804 - CA522
Hershey, PA 17033-9524

Direct Deposit Advice Number: 18694038
Pay Date  1/17/2025

DIRECT DEPOSIT ADVICE
NON-NEGOTIABLE

PAY   VOID VOID VOID VOID VOID VOID VOID VOID

| Deposited to the account of | account number | amount |
|---|---|---|
| Madison B Hajnos<br>55 Eli Drive<br>York, PA 17404 | XXXXXXXX00 | $*******2,237.04 |

NON-NEGOTIABLE



ATTN: Payroll Dept
P.O. Box 804 - CA522
Hershey, PA 17033-9524

MADISON B HAJNOS
55 ELI DRIVE
YORK, PA 17404

# PennState Health

P.O. Box 804 - CA522 | Hershey, PA 17033-9524 | 717-531-1265

Hajnos, Madison B.   EE# 63207

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| REGULAR | 39.67 | 61.000 | 2,419.87 | 2,419.87 |
| PTO | 39.67 | 10.500 | 416.54 | 416.54 |
| SHIFT 3 | 4.00 | 71.500 | 286.00 | 286.00 |
| LTDPrem* | | | 8.00 | 8.00 |
| GTL* | | | 2.74 | 2.74 |
| HRS ONLY | 0.00 | 12.000 | | 0.00 |
| **Total** | | **155.00** | **3,133.15** | **3,133.15** |

| Taxes | This Period | YTD |
|---|---|---|
| CONWGYRK | 29.35 | 29.35 |
| FED | 289.45 | 289.45 |
| LSTDERRY | 2.00 | 2.00 |
| MEDICARE | 40.34 | 40.34 |
| PA | 90.11 | 90.11 |
| PA UI | 2.19 | 2.19 |
| FICA EE | 172.48 | 172.48 |
| **Total Taxes** | **625.92** | **625.92** |

| Pre-Tax Ded | This Period | YTD |
|---|---|---|
| Dental | 17.05 | 17.05 |
| SAVPLAN | 156.12 | 156.12 |
| BS Premr | 175.67 | 175.67 |
| VISION | 2.38 | 2.38 |
| **Total Pre-Tax** | **351.22** | **351.22** |

| Post-Tax Ded | This Period | YTD |
|---|---|---|
| ACC HI | 17.76 | 17.76 |
| CI HIGH | 5.32 | 5.32 |
| HI LOW | 7.82 | 7.82 |
| LTD 66.6 | 6.63 | 6.63 |
| NortLLPF | 8.07 | 8.07 |
| VOL STD | 4.11 | 4.11 |
| SEIU DUE | 57.20 | 57.20 |
| SOLPAF | 5.00 | 5.00 |
| **Total Post-Tax** | **111.91** | **111.91** |
| **Net Pay** | **2,033.36** | **2,033.36** |

Pay Period Range: 12/15/2024 - 12/28/2024
Pay Date: 01/03/2025
Advice #: 18673456

*Non-cash earnings not included in net pay.

---



P.O. Box 804 - CA522
Hershey, PA 17033-9524

Direct Deposit Advice Number: 18673456
Pay Date 1/3/2025

**DIRECT DEPOSIT ADVICE**
**NON-NEGOTIABLE**

PAY    VOID VOID VOID VOID VOID VOID VOID VOID

| Deposited to the account of | account number | amount |
|---|---|---|
| Madison B Hajnos<br>55 Eli Drive<br>York, PA 17404 | XXXXXXXX00 | $*******2,033.36 |

**NON-NEGOTIABLE**

---



ATTN: Payroll Dept
P.O. Box 804 - CA522
Hershey, PA 17033-9524

MADISON B HAJNOS
55 ELI DRIVE
YORK, PA 17404



| Employee Name | Person Number | Payroll |
|---|---|---|
| Madison Hajnos | 351724 | WSH Biweekly |
| **Hire Date** | **Job Title** | **Company Name** |
| 7-Mar-2022 | Registered Nurse-PRN 2 | WellSpan Health |
| **Employee Address** | **Department** | **Company Address** |
| 55 Eli Drive<br>York, PA 17404<br>US | 1100-32327 YH Emerg Dept - General | 45 Monument Road<br>York, PA 17403<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Biweekly | 26-Jan-2025 | 8-Feb-2025 | 14-Feb-2025 | 44.00 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 759.00 | 946.00 |
| Pretax Deductions | 45.54 | 56.76 |
| Employee Tax Deductions | 107.04 | 131.55 |
| Net Payment | 606.42 | 757.69 |

### Earnings Summary

| Description | Current | Year to Date |
|---|---|---|
| Regular Wages | 759.00 | 946.00 |

### Earnings Detail

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Regular Wages | | | 17.25 | Hours | 44.00 | 1.00 | 759.00 |

### Hours Summary

| Description | Current | Year to Date |
|---|---|---|
| Regular Wages Hours Worked | 17.25 | 21.50 |
| Unpaid Hours - No Accrual Hours Worked | 0.00 | 24.00 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| RSP 403b EE Employees Contribution | 45.54 | 56.76 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 47.06 | 58.65 |
| FIT Withheld | 13.65 | 13.65 |
| Medicare Employee Withheld | 11.01 | 13.72 |
| SIT Withheld (PA) | 23.30 | 29.04 |
| SUI Employee Withheld (PA) | 0.53 | 0.66 |
| City Withheld (PA,York,York) | 9.49 | 11.83 |
| Head Tax Withheld (PA,York,York) | 2.00 | 4.00 |

### Employer Match

| Description | Current | Year to Date |
|---|---|---|
| | | |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| | | | | | |

| | | | | 23.30 | 29.04 |
|---|---|---|---|---|---|
| SIT Withheld (PA) | | | | 23.30 | 29.04 |
| SUI Employee Withheld (PA) | | | | 0.53 | 0.66 |
| City Withheld (PA,York,York) | | | | 9.49 | 11.83 |
| Head Tax Withheld (PA,York,York) | | | | 2.00 | 4.00 |

| Employer Match | | | | | |
|---|---|---|---|---|---|
| Description | | | | Current | Year to Date |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |

# Payslip

Page: 2 of 2

WellSpan Health

| ●●●●9525 | M & T BANK | 052000113 - M & T BANK - AMHERST | XXXXXX4400 | USD | 606.42 |
|---|---|---|---|---|---|

| Tax Withholding Information | | | | |
|---|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | | Extra Withholding |
| FEDERAL | Single or Married filing separately | 0.00 | | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | 0 | 0.00 |



# Payslip

**WellSpan Health**

| Employee Name | Person Number | Payroll |
|---|---|---|
| Madison Hajnos | 351724 | WSH Biweekly |
| **Hire Date** | **Job Title** | **Company Name** |
| 7-Mar-2022 | Registered Nurse-PRN 2 | WellSpan Health |
| **Employee Address** | **Department** | **Company Address** |
| 55 Eli Drive<br>York, PA 17404<br>US | 1100-32327 YH Emerg Dept - General | 45 Monument Road<br>York, PA 17403<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Biweekly | 12-Jan-2025 | 25-Jan-2025 | 31-Jan-2025 | 44.00 |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 187.00 | 187.00 |
| Pretax Deductions | 11.22 | 11.22 |
| Employee Tax Deductions | 24.51 | 24.51 |
| Net Payment | 151.27 | 151.27 |

## Earnings Summary

| Description | Current | Year to Date |
|---|---|---|
| Regular Wages | 187.00 | 187.00 |

## Earnings Detail

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Regular Wages | | | 4.25 | Hours | 44.00 | 1.00 | 187.00 |

## Hours Summary

| Description | Current | Year to Date |
|---|---|---|
| Regular Wages Hours Worked | 4.25 | 4.25 |
| Unpaid Hours - No Accrual Hours Worked | 0.00 | 24.00 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| RSP 403b EE Employees Contribution | 11.22 | 11.22 |

## Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 11.59 | 11.59 |
| Medicare Employee Withheld | 2.71 | 2.71 |
| SIT Withheld (PA) | 5.74 | 5.74 |
| SUI Employee Withheld (PA) | 0.13 | 0.13 |
| City Withheld (PA,York,York) | 2.34 | 2.34 |
| Head Tax Withheld (PA,York,York) | 2.00 | 2.00 |

## Employer Match

| Description | Current | Year to Date |
|---|---|---|

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 7287 | M & T BANK | 052000113 - M & | XXXXXX4400 | USD | 151.27 |

Mail - Hajnos, Mad...

| Employer Match | | | | |
|---|---|---|---|---|
| Description | | | Current | Year to Date |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| ▓▓▓7287 | M & T BANK | 052000113 - M & | XXXXXX4400 | USD | 151.27 |

WellSpan Health

**Payslip**

Page: 2 of 2

| | | T BANK - AMHERST | | | |
|---|---|---|---|---|---|

### Tax Withholding Information

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | 0 | 0.00 |


Payslip — Page: 1 of 2

| Employee Name | Person Number | Payroll |
|---|---|---|
| Madison Hajnos | 351724 | WSH Biweekly |
| **Hire Date** | **Job Title** | **Company Name** |
| 7-Mar-2022 | Registered Nurse-PRN 2 | WellSpan Health |
| **Employee Address** | **Department** | **Company Address** |
| 55 Eli Drive<br>York, PA 17404<br>US | 1100-32327 YH Emerg Dept - General | PO Box 2867<br>York, PA 17405<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Biweekly | 1-Dec-2024 | 14-Dec-2024 | 20-Dec-2024 | 44.00 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,887.60 | 18,349.20 |
| Pretax Deductions | 113.26 | 969.40 |
| Employee Tax Deductions | 365.88 | 3,043.58 |
| Net Payment | 1,408.46 | 14,336.22 |

### Earnings Summary

| Description | Current | Year to Date |
|---|---|---|
| Education General | 0.00 | 99.00 |
| Evening Shift 3-11 | 0.00 | 422.40 |
| Incentive Day 3 | 0.00 | 202.50 |
| Night Shift 11-7 | 165.00 | 4,129.40 |
| Regular Wages | 1,650.00 | 12,903.00 |
| Weekend Differential | 72.60 | 592.90 |

### Earnings Detail

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Night Shift 11-7 | | | 37.50 | Hours | 44.00 | 0.10 | 165.00 |
| Regular Wages | | | 37.50 | Hours | 44.00 | 1.00 | 1,650.00 |
| Weekend Differential | | | 16.50 | Hours | 44.00 | 0.10 | 72.60 |

### Hours Summary

| Description | Current | Year to Date |
|---|---|---|
| Education General Hours Worked | 0.00 | 2.25 |
| Evening Shift 3-11 Hours Worked | 0.00 | 16.00 |
| Excused Benefits Time Off Hours Worked | 0.00 | 1.00 |
| Incentive Day 3 Hours Worked | 0.00 | 9.00 |
| Night Shift 11-7 Hours Worked | 37.50 | 326.00 |
| Regular Wages Hours Worked | 37.50 | 293.25 |
| Unpaid Hours - No Accrual Hours Worked | 0.00 | 92.25 |
| Unpaid Hours - No Accrual Hours Worked Retro | 0.00 | -12.00 |
| Weekend Differential Hours Worked | 16.50 | 134.75 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| RSP 403b EE Employees Contribution | 113.26 | 969.40 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|