Certificate Number: 14912-PAM-DE-039505620

Bankruptcy Case Number: 25-00515


14912-PAM-DE-039505620

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 1, 2025, at 10:34 o'clock AM EDT, Madison Hajnos completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 1, 2025

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor