**Fill in this information to identify your case:**

Debtor 1    Madison B. Hajnos
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number    1:25-bk-00515-HWV
               (If known)

☑ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*..................... | $400,800.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*............. | $94,828.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.................... | $495,628.00 |

**Part 2:    Summarize Your Liabilities**

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $443,784.37 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................ | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.................... | + $70,079.83 |
| **Your total liabilities** | $513,864.20 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* .................... | $6,860.98 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ........................ | $8,171.00 |

Debtor 1 __Madison Hajnos__
     First Name    Middle Name    Last Name

Case number *(if known)* __1:25-bk-00515-HWV__

---

## Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ ____8,849.96____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 44,450.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 44,450.00 |

**Fill in this information to identify your case and this filing:**

Debtor 1    Madison B. Hajnos
_____
First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing) _____
First Name         Middle Name         Last Name

United States Bankruptcy Court for the:  Middle District of
Pennsylvania

Case number    1:25-bk-00515-HWV
(if know)    _____

☑ Check if this is
an amended
filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   - ☐ No. Go to Part 2
   - ☑ Yes. Where is the property?

1.1  55 Eli Drive
_____
Street address, if available, or other description

_____

York      PA      17404
_____
City      State      ZIP Code

York County
_____
County

**What is the property?** Check all that apply
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other_____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Liquidation Analysis: $400,800 less 10% Costs of Sale ($40,080), less $300,728 First Mortgage less $73,768.37 Second Mortgage = Zero Non-Exempt Equity

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**    **Current value of the portion you own?**
$ 400,800.00    $ 400,800.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenancy by the Entireties
_____

☐ Check if this is community property

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..................................................................................➤    | $400,800.00 |

### Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☑ Yes

Debtor 1  Madison B. Hajnos
First Name    Middle Name    Last Name

Case number *(if known)* 1:25-bk-00515-HWV

---

3.1 Make: Mazda

Model: CX5

Year: 2024

Approximate mileage: 21500

Other information:

Condition: Fair; Owned Jointly with Spouse

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**

$ 21,371.00

**Current value of the portion you own?**

$ 21,371.00

---

3.2 Make: Hyundai

Model: Ioniq

Year: 2022

Approximate mileage: 70000

Other information:

Condition: Fair; Vehicle owned with Spouse.

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**

$ 13,262.00

**Current value of the portion you own?**

$ 13,262.00

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........................................................................➤

$ 34,633.00

---

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

Do not deduct secured claims or exemptions.

☐ No
☑ Yes. Describe...

Office Furniture
Living Room Furniture and decor
Kitchen - Small Appliances and Items
Tools
Dining Room Furniture and decor
Son's Bedroom Furniture and decor
Entryway Table
Master Bedroom Furniture and decor
Outdoor Furniture/Grill
Bedroom Furniture and decor

$ 3,850.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe...

Gaming Systems, TV's (2)
PC, Smartphone, 3D Printer

$ 2,700.00

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe...

Debtor 1 _Madison B. Hajnos_     Case number *(if known)* 1:25-bk-00515-HWV
　　　　　First Name　　Middle Name　　Last Name

---

9. **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes
    　　　　　and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes. Describe...

    | |
    |---|
    | Baseball and Soccer Equipment<br>Exercise Bike and Treadmill |

    $ 1,000.00

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe...

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe...

    | |
    |---|
    | Clothing |

    $ 25.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems
    　　　　　gold, silver

    ☐ No
    ☑ Yes. Describe...

    | |
    |---|
    | Jewelry |

    $ 600.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**.................................................................................................➤   $8,175.00

---

**Part 4:** **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes........................................................................................................................   Cash ............................   $ _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses
    　　　　　and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes................. Institution name:

    | 17.1. Checking account: | M&T Bank (Checking)(Debtor's Name only) | $ 20.00 |
    | 17.2. Savings account: | M&T Bank (Savings)(Joint with Mother) | $ 0.00 |

---

17.3. Savings account:      M&T Bank (Savings)(Debtor's name only)      $ 0.00

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them...........

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately

| Type of account | Institution name | |
|---|---|---|
| 401(k) or similar plan: | 401k (Fidelity) | $ 12,000.00 |
| 401(k) or similar plan: | 403b (Fidelity) | $ 8,000.00 |
| IRA: | Roth IRA | $ 32,000.00 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** |
|---|---|
| | Do not deduct secured claims or exemptions. |

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

Debtor 1    Madison B. Hajnos
            First Name    Middle Name    Last Name

Case number *(if known)*  1:25-bk-00515-HWV

| | |
|---|---|
| Federal: | $ 0.00 |
| State: | $ 0.00 |
| Local: | $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

31. **Interests in insurance policies**

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................➤  | $52,020.00 |

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6:  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................................➤  | $0.00 |

Debtor 1    <u>Madison B. Hajnos</u>
     First Name      Middle Name      Last Name

Case number *(if known)* <u>1:25-bk-00515-HWV</u>

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ......................................................................................➤     $<u>400,800.00</u>

56. **Part 2: Total vehicles, line 5**      $ <u>34,633.00</u>

57. **Part 3: Total personal and household items, line 15**      $ <u>8,175.00</u>

58. **Part 4: Total financial assets, line 36**      $ <u>52,020.00</u>

59. **Part 5: Total business-related property, line 45**      $ <u>0.00</u>

60. **Part 6: Total farm- and fishing-related property, line 52**      $ <u>0.00</u>

61. **Part 7: Total other property not listed, line 54**      + $ <u>0.00</u>

62. **Total personal property. Add lines 56 through 61** ..................    $ <u>94,828.00</u>    Copy personal property total ➤    + $ <u>94,828.00</u>

63. **Total of all property on Schedule A/B. Add line 55 + line 62**      $ <u>495,628.00</u>

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Madison B. Hajnos | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 1:25-bk-00515-HWV
(If known)

☑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt          4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household Goods - Office Furniture  Line from *Schedule A/B*: 6 | $ 300.00 | ☑ $ 300.00  ☐ 100% of fair market value, up to any applicable statutory limit | In re Martin, 269 B.R. 119 (M.D. Pa. 2001) |
| Brief description: Household Goods - Living Room Furniture and decor  Line from *Schedule A/B*: 6 | $ 700.00 | ☑ $ 700.00  ☐ 100% of fair market value, up to any applicable statutory limit | In re Martin, 269 B.R. 119 (M.D. Pa. 2001) |
| Brief description: Household Goods - Kitchen - Small Appliances and Items  Line from *Schedule A/B*: 6 | $ 300.00 | ☑ $ 300.00  ☐ 100% of fair market value, up to any applicable statutory limit | In re Martin, 269 B.R. 119 (M.D. Pa. 2001) |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

Debtor **Madison B. Hajnos**

First Name   Middle Name   Last Name

Case number *(if known)* 1:25-bk-00515-HWV

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household Goods - Tools<br>Line from *Schedule A/B*: 6 | $ 50.00 | ☑ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Martin, 269 B.R. 119 (M.D. Pa. 2001) |
| Brief description: Household Goods - Dining Room Furniture and decor<br>Line from *Schedule A/B*: 6 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Martin, 269 B.R. 119 (M.D. Pa. 2001) |
| Brief description: Household Goods - Son's Bedroom Furniture and decor<br>Line from *Schedule A/B*: 6 | $ 500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Martin, 269 B.R. 119 (M.D. Pa. 2001) |
| Brief description: Household Goods - Entryway Table<br>Line from *Schedule A/B*: 6 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Martin, 269 B.R. 119 (M.D. Pa. 2001) |
| Brief description: Household Goods - Master Bedroom Furniture and decor<br>Line from *Schedule A/B*: 6 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Martin, 269 B.R. 119 (M.D. Pa. 2001) |
| Brief description: Household Goods - Outdoor Furniture/Grill<br>Line from *Schedule A/B*: 6 | $ 600.00 | ☑ $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Martin, 269 B.R. 119 (M.D. Pa. 2001) |
| Brief description: Household Goods - Bedroom Furniture and decor<br>Line from *Schedule A/B*: 6 | $ 200.00 | ☑ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Martin, 269 B.R. 119 (M.D. Pa. 2001) |
| Brief description: Electronics - Gaming Systems, TV's (2)<br>Line from *Schedule A/B*: 7 | $ 1,200.00 | ☑ $ 1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Martin, 269 B.R. 119 (M.D. Pa. 2001) |
| Brief description: Electronics - PC, Smartphone, 3D Printer<br>Line from *Schedule A/B*: 7 | $ 1,500.00 | ☑ $ 1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Martin, 269 B.R. 119 (M.D. Pa. 2001) |
| Brief description: Sports & Hobby Equipment - Baseball and Soccer Equipment<br>Line from *Schedule A/B*: 9 | $ 400.00 | ☑ $ 400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Martin, 269 B.R. 119 (M.D. Pa. 2001) |
| Brief description: Sports & Hobby Equipment - Exercise Bike and Treadmill<br>Line from *Schedule A/B*: 9 | $ 600.00 | ☑ $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Martin, 269 B.R. 119 (M.D. Pa. 2001) |
| Brief description: Clothing - Clothing<br>Line from *Schedule A/B*: 11 | $ 25.00 | ☑ $ 25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa. Cons. Stat. Ann. § 8124 (a)(1) |

| Debtor | Madison B. Hajnos | | | Case number *(if known)* | 1:25-bk-00515-HWV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Jewelry - Jewelry<br><br>Line from *Schedule A/B*: 12 | $600.00 | ☑ $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Martin, 269 B.R. 119 (M.D. Pa. 2001) |
| Brief description: M&T Bank (Checking)(Debtor's Name only) (Checking Account)<br><br>Line from *Schedule A/B*: 17.1 | $20.00 | ☑ $ 20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa. Cons. Stat. Ann. § 8123 |
| Brief description: 401k (Fidelity)<br><br>Line from *Schedule A/B*: 21 | $12,000.00 | ☑ $ 12,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa. Cons. Stat. Ann. § 8124 (b)(1)(vii), (viii),(ix) |
| Brief description: Roth IRA<br><br>Line from *Schedule A/B*: 21 | $32,000.00 | ☑ $ 32,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa. Cons. Stat. Ann. § 8124 (b)(1)(vii), (viii),(ix) |
| Brief description: 403b (Fidelity)<br><br>Line from *Schedule A/B*: 21 | $8,000.00 | ☑ $ 8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa. Cons. Stat. Ann. § 8124 (b)(1)(vii), (viii),(ix) |
| Brief description:<br><br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1    Madison B. Hajnos
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number    1:25-bk-00515-HWV
(if know)

☑ Check if this is
an amended
filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|
| **2.1** | Describe the property that secures the claim: | $ 29,851.00 | $ 13,262.00 | $ 16,589.00 |

Hyundai Capital America
Creditor's Name

4000 MacArthur Blvd
Number    Street

Newport Beach CA    92660
City      State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred   03/15/2022

Describe the property that secures the claim:

2022 Hyundai Ioniq - $13,262.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

Case 1:25-bk-00515-HWV   Doc 16   Filed 04/13/25   Entered 04/13/25 16:20:34   Desc
Main Document    Page 12 of 23
Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

**2.2**

Describe the property that secures the claim: $ 39,437.00    $ 21,371.00    $ 18,066.00

Mazda Financial Services
Creditor's Name

6565 Headquarters Dr.
Number         Street

Plano  TX    75024

City    State   ZIP Code

2024 Mazda CX5 - $21,371.00

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  12/30/2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

**2.3**

Describe the property that secures the claim: $ 73,768.37    $ 400,800.00    $ 0.00

Office of Housing FHA-Comptroller
Creditor's Name

Director of Mortgage Insurance
Number         Street

Accounting and Servicing

451 Seventh St., SW

Washington DC    20410

City    State   ZIP Code

55 Eli Drive - $400,800.00

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  09/23/2024

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

**2.4**

Describe the property that secures the claim: $ 300,728.00    $ 400,800.00    $ 0.00

Pennymac Loan Services
Creditor's Name

6101 Condor Dr.
Number         Street

Ste. 200

Moorpark CA    93021

City    State   ZIP Code

55 Eli Drive - $400,800.00

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  12/21/2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 443,784.37

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection

Case 1:25-bk-00515-HWV    Doc 16    Filed 04/13/25    Entered 04/13/25 16:20:34    Desc
Main Document    Page 13 of 23

**agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

**Fill in this information to identify your case:**

Debtor 1    Madison B. Hajnos
First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing)   First Name         Middle Name         Last Name

United States Bankruptcy Court for the:   Middle District of Pennsylvania

Case number    1:25-bk-00515-HWV
(If known)

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13
   income as of the following date:
     _____
     MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Registered Nurse | |
| **Employer's name** | Penn State Health Hershey Medical Ctr. | |
| **Employer's address** | Number   Street | Number   Street |
| | City     State   ZIP Code | City     State   ZIP Code |
| **How long employed there?** | 1 year 6 mos. | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 8,173.01 | $ _____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ _____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 8,173.01 | $ _____ |

| Debtor 1 | Madison B. Hajnos | | | Case number (if known) | 1:25-bk-00515-HWV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................... → | 4. | $ 8,173.01 | $ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 1,612.03 | $ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ |
| 5e. **Insurance** | 5e. | $ 500.00 | $ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ |
| 5g. **Union dues** | 5g. | $ 0.00 | $ |
| 5h. **Other deductions.** Specify: _____ | 5h. + | $ 0.00 | + $ |
| _____ | | $ | $ |
| _____ | | $ | $ |
| _____ | | $ | $ |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 2,112.03 | $ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 6,060.98 | $ |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 800.00 | $ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ |
| 8e. **Social Security** | 8e. | $ 0.00 | $ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | $ 0.00 | + $ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 800.00 | $ |

| | | For Debtor 1 | | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 6,860.98 | + | $ | = | $ 6,860.98 |

**11. State all other regular contributions to the expenses that you list in _Schedule J_.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in _Schedule J_.

Specify: _____  11. + $ _____

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the _Summary of Your Assets and Liabilities and Certain Statistical Information_, if it applies

12.  $ 6,860.98

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.      Support payments are sporadic and unlikely to be consistent.

☑ Yes. Explain:

Debtor 1    Madison B. Hajnos                              1:25-bk-00515-HWV
First Name      Middle Name      Last Name                Case number *(if known)*

## **<u>Continuation Sheet for Official Form 106I</u>**

1. Describe Employment:

Debtor: Madison B. Hajnos

Occupation: Registered Nurse

Name of Employer: Wellspan York Hospital ER

Employer's Address:

Length of Employment: 2 Years

-------

**Fill in this information to identify your case:**

Debtor 1: Madison B. Hajnos
First Name / Middle Name / Last Name

Debtor 2: (Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania
(State)

Case number (If known): 1:25-bk-00515-HWV

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____ MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 9 | ☐ No ☑ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 2,745.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 100.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 10.00 |

| Debtor 1 | Madison B. Hajnos | | | Case number *(if known)* | 1:25-bk-00515-HWV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

|  | | | | **Your expenses** |
|---|---|---|---|---|

| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____0.00 |
|---|---|---|---|

**6.** **Utilities:**

| | 6a. | Electricity, heat, natural gas | 6a. | $_____310.00 |
|---|---|---|---|---|
| | 6b. | Water, sewer, garbage collection | 6b. | $_____250.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____245.00 |
| | 6d. | Other. Specify: _____ | 6d. | $_____0.00 |

| 7. | **Food and housekeeping supplies** | 7. | $_____1,195.00 |
|---|---|---|---|
| 8. | **Childcare and children's education costs** | 8. | $_____343.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $_____195.00 |
| 10. | **Personal care products and services** | 10. | $_____273.00 |
| 11. | **Medical and dental expenses** | 11. | $_____225.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____850.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____175.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $_____20.00 |

**15.** **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | 15a. | Life insurance | 15a. | $_____0.00 |
|---|---|---|---|---|
| | 15b. | Health insurance | 15b. | $_____0.00 |
| | 15c. | Vehicle insurance | 15c. | $_____425.00 |
| | 15d. | Other insurance. Specify: _____ | 15d. | $_____0.00 |

| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $_____0.00 |
|---|---|---|---|

**17.** **Installment or lease payments:**

| | 17a. | Car payments for Vehicle 1 | 17a. | $_____710.00 |
|---|---|---|---|---|
| | 17b. | Car payments for Vehicle 2 | 17b. | $_____0.00 |
| | 17c. | Other. Specify: _____ | 17c. | $_____0.00 |
| | 17d. | Other. Specify: _____ | 17d. | $_____0.00 |

| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $_____0.00 |
|---|---|---|---|

| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $_____0.00 |
|---|---|---|---|

| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
|---|---|---|---|

| | 20a. | Mortgages on other property | 20a. | $_____0.00 |
|---|---|---|---|---|
| | 20b. | Real estate taxes | 20b. | $_____0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $_____0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $_____0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $_____0.00 |

Case 1:25-bk-00515-HWV    Doc 16    Filed 04/13/25    Entered 04/13/25 16:20:34    Desc
Main Document    Page 19 of 23

| Debtor 1 | Madison | B. | Hajnos | Case number *(if known)* | 1:25-bk-00515-HWV |
|----------|---------|-----|--------|--------------------------|-------------------|
| | First Name | Middle Name | Last Name | | |

| | | | | |
|---|---|---|---|---|
| 21. | **Other**. Specify: _____ | | 21. | +$ _____ 0.00 |
| | _____ | | | +$ _____ |
| | _____ | | | +$ _____ |

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.　　　　　　　　　　　　　　　　22a. $ _____ 8,171.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a　　22b. $ _____

    and 22b. The result is your monthly expenses.　　　　　　　22c. $ _____ 8,171.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.　　　23a. $ _____ 6,860.98

    23b. Copy your monthly expenses from line 22c above.　　　　　23b. − $ _____ 8,171.00

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.　　　　　　　　　　　23c. $ _____ -1,310.02

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.　　Explain here:

**Fill in this information to identify your case:**

Debtor 1    Madison B. Hajnos
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number    1:25-bk-00515-HWV
(if known)

☑ Check if this is
  an amended
  filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7          **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | **List Your Creditors Who Have Secured Claims** |
| --- | --- |

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name: Mazda Financial Services<br><br>Description of property securing debt: 2024 Mazda CX5 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]:<br>Debtor will maintain payments. | ☑ No<br>☐ Yes |
| Creditor's name: Hyundai Capital America<br><br>Description of property securing debt: 2022 Hyundai Ioniq | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]:<br>Non-Debtor Spouse (Separated) will maintain payments. | ☑ No<br>☐ Yes |
| Creditor's name: Pennymac Loan Services<br><br>Description of property securing debt: 55 Eli Drive | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]:<br>Debtor will maintain payments. | ☑ No<br>☐ Yes |

Debtor    Madison B. Hajnos               Case number *(if known)* 1:25-bk-00515-HWV

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:   Office of Housing FHA-Comptroller<br><br>Description of property securing debt:   55 Eli Drive | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]:<br>    Debtor will pay per terms of agreement. | ☑ No<br>☐ Yes |

---

**Part 2:**    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases    Will the lease be assumed?

---

**Part 3:**    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖ /s/ Madison B. Hajnos
     Signature of Debtor 1

✖ _____
     Signature of Debtor 2

Date 04/11/2025
     MM/DD/YYYY

Date 04/11/2025
     MM/DD/YYYY

**Fill in this information to identify your case:**

Debtor 1    Madison B. Hajnos
          First Name           Middle Name           Last Name

Debtor 2
(Spouse, if filing)   First Name           Middle Name           Last Name

United States Bankruptcy Court for the Middle District of Pennsylvania

Case number    1:25-bk-00515-HWV
(If known)

☑ Check if this is an
    amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Madison B. Hajnos           ✖ _____
Signature of Debtor 1                     Signature of Debtor 2

Date 04/11/2025             Date _____
     MM / DD / YYYY                     MM / DD / YYYY